◼ In the Matter of PLIANT CORP., Appellant, v ASSESSOR OF TOWN OF MACEDON et al., Respondents. (Appeal No. 1.) [849 NYS2d 866]—Appeal from an order of the Supreme Court, Wayne County (Dennis M. Kehoe, A.J.), entered April 3, 2007 in a proceeding pursuant to RPTL article 7. The order granted the motion of respondents to dismiss the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]; *see also* CPLR 5501 [a] [1]). Present—Gorski, J.P., Martoche, Smith, Centra and Green, JJ. [*See* 2007 NY Slip Op 31750(U).]